IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02061-WYD

JILLANE HIXSON, on behalf of Hixson Farms,

    Plaintiff,

v.

U.S DEPARTMENT OF AGRICULTURE, and
TOM VILSACK, SECRETARY,
JAMES T. MURRAY, DEPUTY DIRECTOR,
National Appeals Division,
LELAND SWENSON, EXECUTIVE DIRECTOR
Colorado USDA Farm Service Agency
CHAD HART, DIRECTOR, Prowers County FSA,

    Defendants.

---

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**

---

**Daniel, J.**

    This action under the Administrative Procedures Act was filed on September 18, 2015.  A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.  Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP).  The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1.  Counsel should attempt in good faith to agree on all matters covered in the form JCMP.  Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

    **THEREFORE, IT IS ORDERED** that by **October 21, 2015**, the parties shall file

(using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form Joint Case Management Plan referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

Dated:  September 21, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE