IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02061-WYD

JILLANE HIXSON, on behalf of Hixson Farms,

    Plaintiff,

v.

U.S DEPARTMENT OF AGRICULTURE, and
TOM VILSACK, SECRETARY,
JAMES T. MURRAY, DEPUTY DIRECTOR,
National Appeals Division,
LELAND SWENSON, EXECUTIVE DIRECTOR
Colorado USDA Farm Service Agency
CHAD HART, DIRECTOR, Prowers County FSA,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Stipulated Motion to Correct the Record (ECF No. 29) is **GRANTED.**

    The Administrative Record filed in this case is corrected as follows.  The documents attached at Ex. 2 to the motion (ECF No. 29) are hereby substituted for those previously produced in the record found at Bates stamped 594-95.

    Dated:  March 7, 2016